THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

 
v.

 
 
 
 Kenneth  M. Workman, Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No.  2012-UP-048
 Submitted January 3, 2012  Filed January
25, 2012  

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle Cantey DuRant, of
 Columbia; for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor W. Walter Wilkins, III, of
 Greenville, for Respondent.
 
 
 

PER CURIAM:  Kenneth Workman appeals his conviction for armed
 robbery, possession of a weapon during the commission of a violent crime,
 conspiracy, and assault and battery.  In his Anders brief, Workman
 argues the trial court erred in denying his motion to suppress the victim's
 identification and erred in preventing him from questioning the State's witness
 about the sentence he received on cross-examination.  Additionally, Workman
 filed a pro se brief.  After a thorough review
 of the record and briefs pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.